UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Case No. 06-CVS-_____

| | |
|---|---|
| JASON COLLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND JOINT MOTION TO EXTEND TIME
## TO RESPOND TO COMPLAINT

Plaintiff, Jason Collett, through counsel, and Commercial Recovery Systems ("CRS"), through its Vice President David Devany, pursuant to Fed. R. Civ. P. 6 and Local Civil Rule 6.1, EDNC, hereby respectfully stipulate and agree as follows and move the Court for an extension of time as follows:

1. The parties are in negotiation to hopefully resolve the matter.

2. If negotiation fails, then CRS will need time to locate North Carolina counsel and respond to the complaint.

3. This motion is made in good faith and not to delay.

4. CRS agrees not to engage in any further contacts or communications with Jason Collett, his immediate family relatives, or with other servicemembers at Fort Bragg with regard to SSG Collett, pending the final resolution of this matter.

5. The parties hereby request that CRS be allowed thirty days additional time through and including September 18, 2006 within which to reach an agreement with Plaintiff to resolve this matter, or failing that, to respond to the Complaint.

1

This the 16th day of August, 2006.

                              <u>s/ Mona Lisa Wallace, Esq.</u>
                              Mona Lisa Wallace
                              NC State Bar No. 009021
                              John Hughes
                              NC State Bar No. 22126
                              Wallace & Graham, P.A.
                              525 North Main Street
                              Salisbury, NC 28144
                              Toll free: 1 (800)-849-5291
                              Fax: (704) 633-9434
                              mwallace@wallacegraham.com
                              jhughes@wallacegraham.com

OF COUNSEL:
Angela Martin, Esq.
Office of the Staff Judge Advocate
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28310-5000
N.C. State Bar No. 34951
Phone: 910 396 6113

I have reviewed the above stipulation and agree to its terms on behalf of Commercial Recovery Systems.

Dated: 8-15-6

_____
Vice President David Devany
On behalf of Commercial Recovery Systems

3

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, I served the foregoing to the following:

    David J. Devany, Vice President, Systems Manager
    Commercial Recovery Systems, Inc.
    8035 E R L Thornton Freeway
    Dallas TX 75228

                        By:   /s/ Mona Lisa Wallace
                                Mona Lisa Wallace