UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:06-CV-170-FL

| JASON COLLETT | ) | |
| :--- | :--- | :--- |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COMMERCIAL RECOVERY | ) | |
| SYSTEMS, INC. | ) | |
| | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before **November 3, 2006.**

The Clerk of Court is directed to remove this matter from the court's pretrial and trial calendars.

SO ORDERED, This 21st day of September, 2006.

LOUISE W. FLANAGAN
United States District Judge